**UNITED STATES ex rel. Simeon H. RIEBACK and Harry J. Mandell, Relators-Appellants, v. John J. KELLY, United States Marshal for the Southern District of New York, and Honorable Garrett W. Cotter, United States Commissioner for the Southern District of New York, Respondents-Appellees.**

**No. 275.**

Circuit Court of Appeals, Second Circuit.

April 4, 1938.

Edward I. Aronow, of New York City, for appellants.

Lamar Hardy, U. S. Atty., of New York City (Frank H. Gordon, Asst. U. S. Atty., of New York City, of counsel), for appellees.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed.